UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLENE KENNEDY,<br>c/o Stephen Hornbuckle<br>1621 114th Ave SE, Suite 222<br>Bellevue, WA  98004,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES,<br>7500 Security Boulevard,<br>Baltimore, MD  21244,<br><br>    Defendant. | NO.: _____<br><br>COMPLAINT FOR INJUNCTIVE RELIEF |

## COMPLAINT FOR INJUNCTIVE RELIEF

1.   This is an action under the Freedom of Information Act, 5 U.S.C. § 552, to order the production of agency records, concerning documents related to a complaint investigation dated March 8, 2113 of the nursing home Evergreen of Bellingham, LLC, dba North Cascades Health and Rehabilitation Center, which defendant has improperly withheld from plaintiff.

2.   Defendant may be served under Federal Rule of Civil Procedure 4(i)(1),(2) by

COMPLAINT FOR INJUNCTIVE RELIEF      Page 1 of 3      THE HORNBUCKLE FIRM
1621 114th Avenue SE, Ste 222
Bellevue, WA 98004
Tel: (425) 679-0742

delivering a copy of the summons and this complaint to the Jenny Burkan, United States attorney for the Western District of Washington where this action has been brought; and by sending a copy of the summons and this complaint by certified mail to the Centers for Medicare and Medicaid services at the Office of the General Counsel for the U.S. Department of Health and Human Services at 200 Independence Ave., S.W., Washington, D.C. 20201.

3. This court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

4. Plaintiff, Charlene Kennedy, is the subject of the Complaint and has requested the records which defendant is now withholding by and through her attorney Stephen Hornbuckle and/or Joseph Bartek. Plaintiff has requested this information for use in a civil lawsuit and prompt release of the information is essential to meeting a deadline for this case.

5. Defendant Centers for Medicare & Medicaid Services is an agency of the United States and has possession of the documents that plaintiff seeks.

6. By letter dated November 16, 2013, plaintiff requested access to the following documents related to a complaint investigation dated March 8, 2013 of the Evergreen of Bellingham, LLC dba North Cascades Health and Rehabilitation Center facility: investigation findings, investigation working papers, surveyor's notes, reports, SOD/POC and recommendations from the investigator to include sanctions, dispute resolutions and hearings. A copy of these letters are attached as **Exhibit 1**.

7. Plaintiff has received no response from Defendant to date.

8. Plaintiff has a right of access to the requested information under 5 U.S.C. § 552(a)(3), and there is no legal basis for defendant's denial of such access.

COMPLAINT FOR INJUNCTIVE RELIEF

Page 2 of 3

THE HORNBUCKLE FIRM
1621 114th Avenue SE, Ste 222
Bellevue, WA 98004
Tel: (425) 679-0742

WHEREFORE, plaintiff requests this Court:

1. Order defendant to provide access to the requested documents;

2. Expedite this proceeding as provided for in 28 U.S.C. § 1657;

3. Award plaintiff costs and reasonable attorneys fees in this action, as provided in 5 U.S.C. § 552(a)(4)(E); and

4. Grant such other and further relief as may deem just and proper.

DATED this _9th_ day of December, 2013

          THE HORNBUCKLE FIRM

          By: _/s/ Stephen Hornbuckle_
          Stephen Hornbuckle, WSBA #39065
          1621 114th Avenue SE, Ste 222
          Bellevue, WA 98004
          Phone: (425) 679-0742/ Fax: (425) 679-0003
          **ATTORNEY FOR PLAINTIFF**

# EXHIBIT 1

## *LAW OFFICES OF JOSEPH P. BARTEK*
*Attorney at Law*
*4911 Silver Beach Avenue*
*Bellingham, WA 98226*

*Joseph P. Bartek*  Telephone: (360) 671-0609
*joebartek@comcast.net*  Facsimile: (360) 671-8075

November 16, 2013

Debbie Snyder
CMS, Seattle Regional Office
2201 Sixth Avenue, RX 41
Seattle, Washington 98121

      Re:    Cause No. 13-2-02846-4, *Charlene Kennedy vs. Evergreen of Bellingham, LLC, d/b/a, North Cascades Health and Rehabilitation Center and EHC Management, LLC, d/b/a North Cascades Health and Rehabilitation Center*, in the Superior Court of Whatcom County, Washington

Dear Ms. Snyder:

Under the Freedom of Information Act 5 USC (552), I am requesting access to investigation into the negligent care and treatment of Charlene Kennedy, which resulted in her hospitalization and permanent disability. This survey was conducted on March 8, 2013, by Rick Woodrun, BSA, and pertained to the administration of Lisinopril to Charlene Kennedy after she already had a documented allergic reaction to the drug.

Please provide copies of surveyor notes, investigation findings, investigation working papers, reports, SOD/POC, and recommendations created during the course of a survey conducted by Rick Woodrun, RN BSN, at North Cascades Health and Rehabilitation Center and concluded on March 8, 2013.

In order to help you determine my status for the purpose of assessing fees, you should know that I am affiliated with a private business and I am seeking information for use in the company's business.

I am willing to pay fees for this request up to a maximum of $500.00. If you estimate that the fees will exceed this limit, please inform me.

November 16, 2013
Page 2

I request that the information I seek be provided in electronic format and I would like to receive it on a personal computer disk. If you have any questions about handling this request, you may telephone me at (360) 671-0609.

                        Sincerely,

                        LAW OFFICES OF JOSEPH P. BARTEK

                        Joseph P. Bartek

JPB:kmw

    cc:    Charlene Kennedy

*LAW OFFICES OF JOSEPH P. BARTEK*
*Attorney at Law*
*4911 Silver Beach Avenue*
*Bellingham, WA 98226*

*Joseph P. Bartek*                                                      Telephone: (360) 671-0609
*joebartek@comcast.net*                                        Facsimile: (360) 671-8075

November 16, 2013

Debbie Snyder
CMS, Seattle Regional Office
2201 Sixth Avenue, RX 41
Seattle, Washington  98121

      Re:    Cause No. 13-2-02846-4, *Charlene Kennedy vs. Evergreen of Bellingham, LLC, d/b/a, North Cascades Health and Rehabilitation Center and EHC Management, LLC, d/b/a North Cascades Health and Rehabilitation Center*, in the Superior Court of Whatcom County, Washington

Dear Ms. Snyder:

Under the Freedom of Information Act 5 USC (552), I am requesting access to investigation into the negligent care and treatment of Charlene Kennedy, which resulted in her hospitalization and permanent disability. This survey was conducted on March 8, 2013, by Rick Woodrun, BSA, and pertained to the administration of Lisinopril to Charlene Kennedy after she already had a documented allergic reaction to the drug.

Please provide copies of surveyor notes, investigation findings, investigation working papers, reports, SOD/POC, and recommendations created during the course of a survey conducted by Rick Woodrun, RN BSN, at North Cascades Health and Rehabilitation Center and concluded on March 8, 2013.

In order to help you determine my status for the purpose of assessing fees, you should know that I am affiliated with a private business and I am seeking information for use in the company's business.

I am willing to pay fees for this request up to a maximum of $500.00. If you estimate that the fees will exceed this limit, please inform me.

November 16, 2013
Page 2

I request that the information I seek be provided in electronic format and I would like to receive it on a personal computer disk. If you have any questions about handling this request, you may telephone me at (360) 671-0609.

                    Sincerely,

                    LAW OFFICES OF JOSEPH P. BARTEK

                    Joseph P. Bartek

JPB:kmw

cc:    Charlene Kennedy

## LAW OFFICES OF JOSEPH P. BARTEK
*Attorney at Law*
*4911 Silver Beach Avenue*
*Bellingham, WA 98226*

*Joseph P. Bartek*  
*joebartek@comcast.net*

Telephone: (360) 671-0609  
Facsimile: (360) 671-8075

November 16, 2013

CMS FOIA Officer  
Centers for Medicare and Medicaid Services  
Mail Stop M2-20-16  
7500 Security Boulevard  
Baltimore, Maryland 21244

      Re:    Cause No. 13-2-02846-4, *Charlene Kennedy vs. Evergreen of Bellingham, LLC, d/b/a, North Cascades Health and Rehabilitation Center and EHC Management, LLC, d/b/a North Cascades Health and Rehabilitation Center*, in the Superior Court of Whatcom County, Washington

To Whom It May Concern:

Under the Freedom of Information Act 5 USC (552), I am requesting access to an investigation into the negligent care and treatment of Charlene Kennedy, which resulted in her hospitalization and permanent disability. This survey was conducted on March 8, 2013, by Rick Woodrun, BSA, and pertained to the administration of Lisinopril to Charlene Kennedy after she already had a documented allergic reaction to the drug.

Please provide copies of surveyor notes, investigation findings, investigation working papers, reports, SOD/POC, and recommendations created during the course of a survey conducted by Rick Woodrun, RN BSN, at North Cascades Health and Rehabilitation Center and concluded on March 8, 2013.

In order to help you determine my status for the purpose of assessing fees, you should know that I am affiliated with a private business and I am seeking information for use in the company's business.

I am willing to pay fees for this request up to a maximum of $500.00. If you estimate that the fees will exceed this limit, please inform me.

November 16, 2013
Page 2

I request that the information I seek be provided in electronic format and I would like to receive it on a personal computer disk. If you have any questions about handling this request, you may telephone me at (360) 671-0609.

                    Sincerely,

                    LAW OFFICES OF JOSEPH P. BARTEK

                    Joseph P. Bartek

JPB:kmw

cc:    Charlene Kennedy